IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TROY ROTE, et al.

    Plaintiffs,                      Case No. 2:13-cv-1189

  -vs-                               Judge James L. Graham

ZEL CUSTOM MANUFACTURING        Mag. Judge Chelsey M. Vascura
LLC, ET AL.

    Defendants.

## DISMISSAL ENTRY

Now come Plaintiffs and Defendants, by and through counsel, and advise this Court that Plaintiffs' claims against Defendants Edward Grimm, Zel Custom Manufacturing, LLC., Vance Outdoors Inc. and Remington Arms Company, LLC (successor in interest to Bushmaster Firearms) and Vance Outdoors in this matter are hereby **DISMISSED**, with prejudice.  All Cross-claims against and/or by Defendants are also hereby dismissed with prejudice.

Costs to Defendants.

                                             s/ James L. Graham
                                             UNITED STATES DISTRICT JUDGE
                                             JAMES L. GRAHAM

APPROVED:

| /s/Daniel N. Abraham | /s/Barry Littrell (per email authorization) |
|---|---|
| Daniel N. Abraham (0023457) | Barry Littrell (0015111) |
| Colley Shroyer & Abraham Co., LPA | Gallagher, Gams, Tallan, Barnes & Littrell |
| 536 South High Street | 19th Floor |
| Columbus, Ohio 43215 | 471 E. Broad Street |
| Phone: 614-228-6453 | Columbus, OH 43215-3872 |
| Fax: 614-228-7122 | Phone: 614-228-5151 |
| dabraham@csajustice.com | Fax: 614-228-0032 |
| *Trial Attorney for Plaintiffs* | blittrell@ggtbl.com |
| | *Attorney for Defendant Edward Grimm* |

/s/Matthew L. Shrader (per email authorization)
Matthew L. Shrader			(0074230)
Reminger Co., LPA
65 East State Street, 4th Floor
Capitol Square
Columbus, OH 43215
Ph: 614-232-2634  F:
mshrader@reminger.com
*Attorney for Defendant Zel Custom Manufacturing, LLC.*

/s/Michael R. Moran (per email authorization)
Michael R. Moran			(0063881)
Michael R. Moran Co., LPA
181 Granville Street
P.O. Box 307437
Gahanna, OH 43230-7437
Ph: 614-476-6453  F: 614-476-4157
MRMoran@MRMoran.com
*Attorney for Defendant Ammoman.com*

/s/Michael J. McLane (per email authorization)
Michael J. McLane			(0040677)
Suite 1015
140 E. Town Street
Columbus, OH 43215
Mike_McLane@staffdefense.com
*Attorney for Defendant Vance Outdoors, Inc.*